GRANT
12/21/15

*Bert Richardson* WITH PERMISSION KK

No. WR-83,223-02

WR-83,223-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/21/2015 9:48:40 AM
Accepted 12/21/2015 10:06:13 AM
ABEL ACOSTA
CLERK

In the
Court of Criminal Appeals
at Austin, Texas

———————◆———————

## No. 618633-B
In the 338th District Court
Harris County, Texas

———————◆———————

## EX PARTE GORDON RAYMOND WALKER

———————◆———————

## APPLICANT'S MOTION REQUESTING EXTENSION FROM COURT'S OCTOBER 14, 2015 ORDER

TO THE HONORABLE COURT OF APPEALS:

APPLICANT, Gordon Raymond Walker, respectfully moves for an extension of time in the above-captioned case to comply with this Court's October 14, 2015, order. In support of its motion, applicant submits the following:

1.  Applicant pled guilty to indecency with a child by exposure on April 10, 1992. He was placed on community supervision for ten years. On February 2, 2002, applicant pled true to allegations in a motion to adjudicate, and applicant was sentenced to two years confinement in the Institutional Division of the Texas Department of Criminal Justice.

2.  After an initial applicant for writ of habeas corpus was dismissed, applicant filed an application for writ of habeas corpus in cause number 618633-B.

3.  On July 24, 2015, the trial court entered findings of fact and conclusions of law recommending that relief be denied to the second through fourth

grounds for relief, and making no recommendation as to the first ground for relief.

4. On October 14, 2015, this Court ordered that the parties submit briefs regarding applicant's first ground for relief. The briefs were ordered to be filed on or before December 14, 2015. *Ex parte Walker*, No.-83,223-02 (Tex. Crim. App. 2015) (unpublished order).

5. Counsel for applicant was contacted by the State to see if applicant would be unopposed to the State requesting an extension to file its response. Applicant was unopposed.

6. Counsel for applicant has been informed by the State that there is a potential resolution that would render this application moot.

7. Should it be necessary, applicant requests a 30-day extension of time, until January 14, 2015, to file its response.

WHEREFORE, the State prays that this Court will grant the requested extension.

/s/ **MANDY MILLER**
**MANDY MILLER**
Attorney for Gordon Raymond Walker
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
(832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

2

## CERTIFICATE OF SERVICE

Appellant has mailed a copy of the foregoing instrument to counsel for the

State of Texas via electronic mail at the following address:

Linda Garcia
Harris County District Attorney's Office
Garcia_Linda@dao.hctx.net

/s/**MANDY MILLER**
**MANDY MILLER**
Attorney for Gordon Raymond Walker
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
(832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

Date: December 21, 2015

3